## BARRERA v. STATE.
### No. 17685.

Court of Criminal Appeals of Texas.
June 12, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment assessed being fifty years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment properly charges the offense. No question is presented for review.

The judgment is affirmed.

## GRIFFIN v. STATE.
### No. 17766.

Court of Criminal Appeals of Texas.
June 5, 1935.

Paul E. Parkins, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery; penalty assessed at confinement in the penitentiary for five years.

Since the filing of the appeal, it has been made known to this court by proper affidavit that the appellant committed suicide about midnight of May 14, 1934, in the city of Longview, Tex. The death of the appellant deprives this court of jurisdiction of the appeal.

The appeal is therefore abated.